■ IRENE WIESER v. PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of ANNA E. GASSMER v. ROBERT E. HERMAN, as State Rent Administrator.— Motion to dispense with printing denied. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ JOSEPH LEVINE v. MORRIS LOBER.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ JESUS B. RIOS v. ALFRED L. FERNANDEZ.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ (A) HELEN HIRTH v. WILLIAM BECHER. (B) ALAN GOLDSTONE v. CITY OF NEW YORK. (C) GENEVIEVE MEISNER et al. v. JOSEPH HEALEY et al. (Two Actions.) (D) LILLIAN MARTIN v. ROBERT BROWN. (E) MAE TSIMENIS et al. v. NEW YORK CENTRAL RAILROAD COMPANY et al. (F) JULES JACOBS v. HARRY WISMER. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ. (G) SOL A. ROSENBLATT v. LAWRENCE P. WOLF. (H) NATIONAL COMMITTEE ON THE OBSERVANCE OF MOTHER'S DAY, INC., v. KIRBY, BLOCK & CO., INC., et al. (I) JOSEPH P. DELANEY v. AL HIRT et al. (J) MARION M. CORLETT v. GEORGE F. KEEFER et al. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ. — [In each action] Motion to dismiss appeal granted with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached.

■ AARON BITTER v. CONTINENTAL CASUALTY COMPANY.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ COSMOPOLITAN FILM DISTRIBUTORS, INC. v. FEUCHTWANGER CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant perfects the appeal for argument or submission for the April 1963 Term of this court. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between MURRAY BLUMBERG and FRANK C. BAKER.— Motion to dismiss appeal denied inasmuch as the appeal has been perfected. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ THOMAS MONTEMARANO, an Infant, v. REINALDO GARLAZA et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ JILL CASHMAN v. IRWIN CASHMAN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 25, 1962, with notice of argument for November 7, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.